# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CA-06-10719 |
| Plaintiff-Appellee, | 2:05-CR-58-JCM (GWF) |
| vs. | |
| **KENYON DEVERS**, | |
| Defendant-Appellant. | **ORDER** |

Presently before the court is the government's motion to continue revocation hearing. (Doc. #134). The government reports that defendant does not agree to a continuance. (Doc. #134).

On January 18, 2012, this court continued the revocation hearing scheduled for January 20, 2012, until February 3, 2012. Counsel for the United States reports that she has a prior commitment outside of the District of Nevada on February 3, 2012. (Doc. #134). Thus, the government moves "to continue the revocation hearing for approximately one week . . . ." (Doc. #134).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to continue revocation hearing (doc. #134) be, and the same hereby is, GRANTED. The revocation hearing currently scheduled for February 3, 2012, at 11:00 a.m. is hereby VACATED and rescheduled for February 10, 2012, at 10:00 a.m.

DATED this 30th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE